

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Sultana Ferguson, Appellant

No. 06-15-00054-CV     v.

Great American Insurance Company,
Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV 41404). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Sultana Ferguson, pay all costs of this appeal.

RENDERED JUNE 16, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk